IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NUMBER: 26-mj-7055-MAB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Title 8 |
| ORLIN GUEVARA-ULLOA | ) | United States Code, |
| | ) | Section 1326(a) |
| Defendant. | ) | |

### CRIMINAL COMPLAINT

I, Christopher Parks, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1
ILLEGAL REENTRY AFTER DEPORTATION

On or about March 30, 2026, in Calhoun County, in the Southern District of Illinois,

**Guevara-Ulloa, Orlin**

an alien, was found in the United States after having been removed there from on or about on December 14, 2018 at or near Carrizo Springs, Texas, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

### AFFIDAVIT

I further state that this complaint is based on the following facts:

1. I am a Deportation Officer with Immigration & Customs Enforcement, ("ICE"), and that I have been so employed since December 14, 2025. My duties as an ICE Deportation Officer include the investigation of any criminal violations of the Immigration and Nationality Act.

2. I have recently investigated the suspected unlawful presence in the United States of ORLIN GUEVARA-ULLOA. According to official records maintained by ICE on GUEVARA-ULLOA, he is a Honduras national, who was previously twice deported or removed from the United States

to Honduras.

3.  Most recently, he was removed from the United States to Honduras on December 14, 2018, following a conviction and for illegal reentry after deportation and 178-day sentence of imprisonment. *See* 18-CR-031351 (WDTX) (Doc. 28, Nov. 29, 2018). Prior to that removal, GUEVARA-ULLOA was removed from the United States to Honduras on June 29, 2012, following a conviction for illegal entry and a ten-day sentence of imprisonment. *See* 12-MJ-07368 (WDTX) (Doc. 1, June 11, 2012).

4.  On March 31, 2026, ICE officials discovered GUEVARA-ULLOA was present in the United States following prior removals. I learned of GUEVARA-ULLOA's presence after his arrest by the Calhoun County, Illinois Sherriff's Office the prior day, March 30, 2026. Calhoun County Sherriff's Office arrested GUEVARA-ULLOA for violations of Illinois law, which have resulted in charges in Case Number 2026-CF-0005. In that case, GUEVARA-ULLOA is charged with the Indecent Solicitation for Aggravated Criminal Sexual Abuse, the Solicitation to Meet a Child, and Grooming of a child.

5.  ICE Officers compared the fingerprints collected by Calhoun County Jail to those maintained by ICE databases containing fingerprints associated with GUEVARA-ULLOA's prior removals, and those fingerprints matched.

6.  According to official records maintained by ICE, GUEVARA-ULLOA did not receive permission from the Secretary of the Department of Homeland Security to lawfully reenter the United States following his deportation to Honduras on December 14, 2018.

7.  GUEVARA-ULLOA is now in custody in Calhoun County, Illinois. on March 31, 2026, ICE Officers issued an administrative detainer to the Calhoun County Jail on GUEVARA-ULLOA for his unlawful status in the United States.

8.  Based on the above information, it appears Orlin Guevara-Ulloa is an alien who was found in the United States after having been previously deported from the United States, all in violation of Title 8, United States Code, Section 1326(a).

FURTHER AFFIANT SAYETH NAUGHT.

CHRISTOPHER A PARKS
Digitally signed by CHRISTOPHER A PARKS
Date: 2026.04.02 12:38:50 -05'00'

CHRISTOPHER A. PARKS
Deportation Officer
Immigration and Customs Enforcement

State of Illinois            )
                             )    SS.
County of St. Clair          )

Sworn to before me, and subscribed in my presence on the __3__ day of April 2026,

at East St. Louis, Illinois.

MARK A. BEATTY
United States Magistrate Judge

 /s/ Madalyn J. Campbell
MADALYN J. CAMPBELL
Assistant United States Attorney

3